# Marino & Veneziano
### ATTORNEYS AT LAW
163 West 71st Street
New York, New York 10023

Amelio P. Marino  
Ronald J. Veneziano

(212) 873-7297  
(212) 873-7298

Fax: (212) 721-9060

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: AUG 9 2007

July 25, 2007

Honorable George B. Daniels  
Southern District of New York  
United States District Court  
500 Pearl Street  
New York, NY 10007

S1-07 Cr. 566 (gbd)

This is an application for an Order on behalf of Shanta Brown under Indictment S1-07 Cr. 566(gbd) to change her pretrial reporting status.

At the present time Shanta Brown has met all of her requirements as set forth by the pre-trial services and has been reporting diligently. Shanta Brown has tested negative with regard to her drug testing.

Shanta Brown presently has a curfew and is required to be a home at 7:00 PM (7:00AM-7:00PM).

Shanta Brown is requesting that the present curfew be removed in order for her to seek additional employment.

I discussed this matter with officer Piedra of pre-trial services and he has no objections.

Respectfully,

Amelio P. Marino

cc: Avi Weitzman - AUSA  
500 Pearl Street  
New York, NY 10007

SO ORDERED

*George B. Daniels*

HON. GEORGE B. DANIELS

JUL 3 1 2007