

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 1 0 2008

June 4, 2008

*By Fax (212) 805-6737*

The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**SO ORDERED**

*[signature]*
HON. GEORGE B. DANIELS
JUN 0 9 2008

Re: *United States v. David Wilkins, et al.*, S1 07 Cr. 566 (GBD)

Dear Judge Daniels:

At the last pretrial conference in the above-referenced matter on March 6, 2008, the Court informed the parties that it would set a trial date at the next conference, which is scheduled to take place on Tuesday, June 10, 2008, at 9:45 a.m., for any defendants who did not intend to plead guilty in this case. Since the March 6, 2008 conference, the Government has been in active and fruitful negotiations with several defendants regarding a disposition of the case. As Your Honor knows, two of those defendants, Horace Hedgepeth and Robin McMahon, have already pleaded guilty, and another defendant, Keith Clark, is scheduled to plead guilty on June 11, 2008. In addition, the Government is in the final stages of plea discussions with counsel for defendants Tory Delaney, Shanta Brown, and James Gilliard, and expects each of these defendants to plead guilty in the near future and not proceed to trial. As a result, the only defendants who do not appear likely to resolve their case short of trial are David Wilkins, Terrence McGee, and Jamar Jones. Accordingly, with the consent of counsel for each of the following defendants, the Government respectfully requests that the Court excuse Keith Clark, Tory Delaney, Shanta Brown, and James Gilliard from the conference on Tuesday.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: *[signature]*
Joseph P. Facciponti/Avi Weitzman
Assistant United States Attorneys
212-637-2522/1205

cc: Defense Counsel (see attached list)

| Counsel List ||
|---|---|
| **Counsel For David Wilkins**<br>Toni Messina<br>100 Lafayette Street, Suite 502<br>New York, NY 10013<br>tonimessinalaw@aol.com<br>W: 646-207-4705<br>F: 212-571-5507 | **Counsel for Keith Clark**<br>Gary G. Becker<br>200 West 57th Street, Suite 900<br>New York, NY 10019<br>W: 212-981-1980<br>F: 212-214-0901 |
| **Counsel for Terrence McGee**<br>Louis R. Aidala<br>597 Fifth Avenue, 9th Floor<br>New York, NY 10017<br>lraidala@aol.com<br>W: 212-750-9700<br>F: 212-750-8297 | **Counsel for Horace Hedgepeth, aka Monte**<br>Edgardo Ramos<br>Day Pitney LLP<br>7 Times Square<br>New York, NY 10036-7311<br>email: eramos@daypitney.com<br>T: 212-297-2452<br>F: 212-916-2940 |
| **Counsel for Shanta Brown**<br>Amelio P. Marino<br>Marino & Veneziano<br>163 West 71st Street<br>New York, NY 10023<br>212 873 7297<br>Fax: 212-721-9060<br>Email: amelio@manhattanlaw.info | **Counsel for Jamar Jones**<br>Irving Cohen<br>233 Broadway, suite 2701<br>New York, NY 10279<br>icohenlaw@msn.com<br>W: 212-964-2544<br>C: 917-863-8191<br>F: 212-732-1339 |
| **Counsel for Tory Delaney**<br>Steven K. Frankel<br>Frankel, Rudder & Lowery<br>319 Broadway, 5th Floor<br>New York, NY 10007-1187<br>frankelrudd@aol.com<br>W: 212-732-0001<br>C: 917-833-1732<br>F: 212-732-8460 | **Robin McMahon, a/k/a "Marlon"**<br>Ira D. London<br>Suite 1900, 245 Fifth Avenue<br>New York, New York 10016<br>iradlondon@aol.com<br>T: 212-683-8000<br>F: 212-683-9422 |
| **Counsel for James Gilliard**<br>Martin J. Seigel<br>150 Broadway, Suite 1400<br>New York, NY 10038<br>mart2u@aol.com<br>W: 212-349-9190<br>F: 212-349-1451 | |