UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA              :

       -v-                           :   ORDER

JAMES GILLIARD and                    :   S1 06 Cr. 566 (GBD)
SHANTA BROWN,
                                :   07

        Defendants.
                                :
- - - - - - - - - - - - - - - - -X

        Upon the application of the United States of America, by and through Assistant United States Attorney Jillian B. Berman, it is hereby ORDERED that this case be continued to October 22, 2008.

        The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial, because it will permit the parties to continue ongoing plea discussions. Accordingly, it is further ORDERED that the time between August 22, 2008 and October 22, 2008 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Dated:  New York, New York
        August __, 2008

AUG 2 5 2008

                                      *George B. Daniels*
                                 Honorable George B. Daniels
                                 UNITED STATES DISTRICT JUDGE